IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02519-WYD-KLM

STEVEN WALTERS,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation d/b/a The Outsource Group,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order [#12]**[1] (the "First Motion") and Plaintiff's **Unopposed Motion for Leave for Plaintiff's Counsel to Appear at the Scheduling Conference by Telephone [#13]** (the "Second Motion").

    IT IS HEREBY **ORDERED** that the First Motion [#12] and the Second Motion [#13] are **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on January 15, 2015 at 10:30 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    IT IS FURTHER **ORDERED** that the Protective Order [##12-1, 12-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: January 9, 2015

---

[1] "[#12]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Minute Order.