IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02519-WYD-KLM

STEVEN WALTERS,

      Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation d/b/a The Outsource Group,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice

pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is

hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with each party to

pay his or its own attorney's fees and costs.

Dated:  May 27, 2015

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE